**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 28, 2026.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00218-CV

---

**IDEA PUBLIC SCHOOLS, Appellant**

V.

**KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 200th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-22-002476**

---

### MEMORANDUM OPINION

We have considered Appellant's Unopposed Motion to Dismiss this appeal, which was reinstated on the Court's active docket on July 20, 2026. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.